# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLYNN DURAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN LEPORE, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01693-NONE-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

　　　　Defendant Jolynn Duran[1] removed this action from the California Superior Court, Merced County. Along with the notice of removal, an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 was filed. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

　　　　Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:　**December 3, 2020**　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Although listed as the plaintiff in the caption of the complaint, Jolynn Duran is the defendant in the action filed in state court.

1